UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-MD-01916-MARRA/MATTHEWMAN

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

This Document Relates to:

**ATS ACTIONS:**

07-60821-CIV-MARRA (Carrizosa Action)
08-80421-CIV-MARRA (NJ Action)
08-80465-CIV-MARRA (Does 1-144/Perez 1-795 Action)
08-80480-CIV-MARRA (Manjarres Action)
08-80508-CIV-MARRA (Valencia Action)
10-60573-CIV-MARRA (Florida Montes Action)
11-80404-CIV-MARRA (Does 1-677 Action)
17-80535-CIV-MARRA (Ohio Montes Action)
17-80475-CIV-MARRA (Does 1-2146 Action)
18-80800-CIV-MARRA (Does 1-144/Perez 1-795 Action)
18-80248-CIV-MARRA (NJ Action)
_____/

## NOTICE OF APPEAL

In accordance with Rules 3 and 4 of the Federal Rules of Appellate Procedure, Defendant Chiquita Brands International, Inc. ("Chiquita") hereby gives notice that it appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment Pursuant to Rule 54(b) entered on October 18, 2024 (Docket No. 3906) (the "Final Judgment"), and all interlocutory orders adverse to Chiquita leading to and now merged with the Final Judgment.[1]

---

[1] Both Plaintiffs and Chiquita have filed timely motions that toll the time to appeal the Final Judgment under Fed. R. App. 4(a)(4)(A). *See* Plaintiffs' Rule 59 Motion to Amend the Judgment dated November 4, 2024 (Docket No. 3911) and Chiquita's Rule 59 Motion for New Trial and Rule 60 Motion for Relief from Judgment dated November 15, 2024 (Docket No. 3913). Out of an abundance of caution, Chiquita has filed the present Notice of Appeal within 30 days of entry of the Final Judgment. However, due to the pending tolling motions, this Notice of Appeal will only become "effective" upon the District Court's disposition of the last such pending, timely-filed tolling motion under Fed. R. App. P. 4(a)(4)(B)(i). Should Chiquita decide to challenge any order(s) disposing of the pending tolling motions in its appeal, Chiquita will file an Amended Notice of Appeal pursuant to Fed. R. App. P. 4(a)(4)(B)(ii).

A copy of the Final Judgment is attached hereto as Exhibit A.

DATED: November 16, 2024

        Respectfully submitted,

        /s/ *Michael L. Cioffi*
        Michael L. Cioffi (*pro hac vice*)
        Thomas H. Stewart (*pro hac vice*)
        BLANK ROME LLP
        1700 PNC Center
        201 East Fifth Street
        Cincinnati, Ohio 45202
        Tel:    (513) 362-8701/04
        Fax:   (513) 362-8702/93
        Email: michael.cioffi@blankrome.com
                tom.stewart@blankrome.com

        Frank A. Dante (*pro hac vice*)
        Melissa F. Murphy (*pro hac vice*)
        Michael A. Stoolman (*pro hac vice*)
        Serena S. Gopal (*pro hac vice*)
        BLANK ROME LLP
        One Logan Square
        130 N. 18th Street
        Philadelphia, PA 19103
        Tel:    (215) 569-5645
        Fax:   (215) 832-5645
        Email: frank.dante@blankrome.com
                melissa.murphy@blankrome.com
                michael.stoolman@blankrome.com
                serena.gopal@blankrome.com

        *Counsel for Defendant,*
        *Chiquita Brands International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this document with the Clerk of the Court using CM/ECF on November 16, 2024 which will automatically generate and serve Notices of Electronic Filing on all counsel of record.

/s/ Michael L. Cioffi
*Counsel for Defendant Chiquita Brands International, Inc.*

# Exhibit A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-01916-MD-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

This Document Relates to
ATS ACTIONS:

07-60821-CIV-MARRA (*Carrizosa*)
08-80421-CIV-MARRA (N. J. Action) (*Does 1-11*)
08-80465-CIV-MARRA (D.C. Action) (*Does 1-144*)
08-80508-CIV-MARRA (*Valencia*)
08-80480-CIV-MARRA (*Manjarres*)
10-60573-CIV-MARRA (*Montes*)
17-81285-CIV-MARRA (D.C. Action) (*Does v Hills*)
18-80248-CIV-MARRA (*John Doe 1*)

_____/

## FINAL JUDGMENT PURSUANT TO RULE 54(b)

Based upon the jury verdict entered in this case [DE 3811], this Court Order on Defendant's Rule 50 Motion for Partial Judgment as a Matter of Law [DE 3904], and this Court's Order on Limitation of Damages [DE 3905], and pursuant to Fed. R. Civ. P. 54(b) and Rule 58, judgment is hereby entered in favor of the following Plaintiffs against Chiquita Brands International, Inc. in the amounts set forth herein, for which let execution issue:

| Plaintiff | Amount |
|---|---|
| Victor Palencia Gomez | $2,500,000.00 |
| Janeth Rivera Vargas | $2,100,000.00 |
| Nini Johana Molina Rivera | $2,100,000.00 |
| Gloria Eugenia Munoz | $2,300,000.00 |
| Ana Ofelia Torres Torres | $2,700,000.00 |
| Luz Marina Villa Correa | $2,600,000.00 |

| | |
|---|---|
| Luis Anibal Villa Correa | $2,600,000.00 |
| Leopoldo Villa Maza | $2,600,000.00 |
| Norela Villa Quintero | $2,600,000.00 |
| Fabio Villa Quintero | $2,600,000.00 |
| Diana Villa Hoyos | $2,600,000.00 |
| Arelis Villa Hoyos | $2,600,000.00 |
| Mariela Isabel Sierra Soto | $2,000,000.00 |
| Lina Maria Berdugo Lechuga | $2,000,000.00 |
| Juvenal Enrique Fontalvo Camargo | $2,100,000.00 |
| Nancy Mora Lemus | $2,300,000.00 |

Pos-judgment interest shall accrue on these damage awards at the current Federal rate of 4.22%.[1]

Judgment is entered in favor of Chiquita Brands International, Inc. and against Pastora Durango, and Pastora Durango shall take nothing from Chiquita Brands, International, Inc. in this case.

This is a multidistrict case arising out of incidents that took place in Colombia with thousands of claimants. The claims resolved by this judgment are final as to the Plaintiffs participating in the first bellwether trial of this multidistrict matter. The Plaintiffs are all Colombian citizens and were required to travel to the United States to testify at the trial that took six weeks to complete. There are numerous important evidentiary and legal issues that require appellate guidance before the parties expend the time and effort to undertake a second bellwether trial.

---

[1] https://www.federalreserve.gov/datadownload/Preview.aspx?pi=400&rel=H15&preview=H15/H15/RIFLGFCY01_N.WF

2

Consistent with the underlying purpose of multidistrict litigation, appellate review of this judgment will assist in guiding this Court and the parties in how to proceed with the remaining claims.

Thus, having considered the interests of efficient judicial administration, and the equities involved in these particular cases, and expressly finding there is no just reason to delay the appeal of this final judgment, the Court certifies this matter for appeal pursuant to Rule 54(b). *See generally Lloyd Noland Found. Inc. v. Tenet Health Care Corp.*, 483 F. 3d 773, 777 (11th Cir. 2007).

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 18th day of October, 2024.

KENNETH A. MARRA
United States District Judge

cc: All counsel

3