UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-MD-01916-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

This Document Relates to:

ATS ACTIONS

17-80547-CIV-MARRA (Does 1-205 Ohio Action)
17-80323-CIV-MARRA (Does 1-205 Florida Action)
20-82222-CIV-MARRA (Jane Doe 24 Florida Action)
21-60058-CIV-MARRA (Jane Doe 24 Ohio Action)
_____/

## ORDER

This cause is before the Court upon Defendant Chiquita's Motion for New Trial and Relief from Judgment (DE 3913). The Motion is fully briefed and ripe for review. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

For the reasons stated in orders previously entered in this case and for the reasons stated on the record, Defendant Chiquita's Motion for New Trial and Relief from Judgment (DE 3913) is **DENIED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of December, 2024.

KENNETH A. MARRA
United States District Judge